# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INCLINE ENERGY, LLC, a Nevada limited Liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAYNA MICHELLE BILLINGS-HOLT, an individual; MICHAEL EVANGELISTA-YSAGASA, an individual; DEBE HOLT, an individual; and DOES I through X, inclusive;<br><br>　　　　Defendants. | Case No.: 10-cv-00713-RCJ-VPC<br><br>*Consolidated with Case No.: 10-cv-00714-RCJ-VPC*<br><br>ORDER<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS IN CASE NO. 10-CV-00714-RCJ-VPC** |

　　Plaintiff, INCLINE ENERGY, LLC, by and through its counsel of record, Andrea K. Pressler, of ERICKSON, THORPE & SWAINSTON, LTD, hereby serves notice of dismissal without prejudice of the Complaint against DAYNA MICHELLE BILLINGS-HOLT, MICHAEL EVANGELISTA-YSASAGA and DEBE HOLT, originally filed under Case Number 10-CV-00714-RCJ-VPC, consolidated with 10-CV-00713-RCJ-VPC, pursuant to Fed. R. Civ. P 41(a)(1).

DATED this 27th day of April, 2011.
ERICKSON, THORPE & SWAINSTON, LTD

By:/s/ Andrea Pressler
　　ANDREA PRESSLER
　　Attorney for Plaintiff

**IT IS SO ORDERED:**

DATED: This 28th day of April, 2011.

_/s/ R. James_
UNITED STATES DISTRICT JUDGE